UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEFFERY THEADOR DAVIS,
    Plaintiff,

vs.        08-1157

CITY OF BLOOMINGTON, a Municipal
Corporation, et al.,
    Defendants.

## ORDER

Before the court are the defendants' motion to dismiss [7], [14] and the plaintiff's response [20]. As indicated in the City of Bloomington Defendants' Motion to Dismiss [7], the McLean County Circuit Clerk filed Jeffery Davis' Complaint in Case No. 07 L 199 on December 27, 2007 (the "Removed Case"). In the removed case, Davis alleges that the he was subjected to an unlawful strip search at the McLean County Detention Facility by McLean County Defendants and City of Bloomington Defendants after being arrested on February 1, 2007. The Defendants then removed the case to the Central District of Illinois. On December 19, 2007, Jeffery Davis filed a complaint in Case No. 07-1348 (the "Federal Case") with this court claiming, inter alia, that his constitutional rights were violated at the McLean County Detention Facility by an unlawful strip search after bring arrested on February 1, 2007. The claim is directed against the same defendants as the removed case. In 07-1348, this court entered a merit review and case management order on January 29, 2008 requesting additional information from the plaintiff. The case is currently pending a final merit review.

The removed case and Count I of case number 07-1348 arise out of the same alleged incident, are directed against the same defendants, are identical in substance and are thus duplicative of each other. As a general rule, a federal suit may be dismissed "for reasons of wise judicial administration whenever it is duplicative of a parallel action…" *J.H. and J.D. v. Curtis*, 2002 WL 31133207 * 4 (N.D. Ill. 2002) *citing Serlin v. Arthur Anderson & Co*., 3 F.3d 221, 223 (7th Cir. 1993). Because the removed case is duplicative of Count I of 07-1348 this removed case is dismissed.

It is therefore ordered:

1.     As the plaintiff's complaint is duplicative of Count I of case number 07-1348, this lawsuit is dismissed, with prejudice. The clerk of the court is directed to dismiss this lawsuit in its entirety, forthwith.

Enter this 28th day of August, 2008.

        s\Harold A. Baker
        _____
        Harold A. Baker
        United States District Court